Mark J. Fonte
Louis M. Gelormino
**F&G Legal Group**
2550 Victory Blvd.
Staten Island, New York 10314
Telephone: (917) 968-1619
mfontelaw@yahoo.com
louiegels@hotmail.com
*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN GUETTLEIN, JOSHUA GARDNER, ALENA DUNAWAY, CLARISSA RECKLINE, WILLIAM TETREV,** and **BRENT LEBLANC**, individually, and for all others similarly situated,<br><br>                    Plaintiffs,<br><br>-against-<br><br>**UNITED STATES MERCHANT MARINE ACADEMY, JOACHIM BUONO, individually and as Superintendent of the United States Merchant Marine Academy, the UNITED STATES MARITIME ADMINISTRATION,** and **the UNITED STATES DEPARTMENT OF TRANSPORTATION,**<br>                    Defendants. | Case No.: 2:21-cv-06443<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs John Guettlein, Joshua Gardner, Alena Dunaway, Clarissa Reckline, William Tetrev, and Brent LeBlanc, by and through their undersigned counsel, hereby voluntarily dismiss this action in its entirety without prejudice.

Dated:  New York, New York                           Respectfully submitted,
            January 03, 2022




                                                     By:  /s/ Mark J. Fonte
                                                     Mark J. Fonte
                                                     Louis M. Gelormino
                                                     **F&G Legal Group**
                                                     2550 Victory Blvd.
                                                     Staten Island, New York 10314
                                                     Telephone: (917) 968-1619
                                                     mfontelaw@yahoo.com
                                                     louiegels@hotmail.com
                                                     *Attorneys for Plaintiff and the Class*